IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00784-**BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 25 2006

GREGORY C. LANGHAM
CLERK

MARCUS FOWLER #55461,

    Plaintiff,

v.

STAN SPENCE,
JOHN INMANS WORKFORCE FAMILY CENTER,
COLO. DEPT. OF CORRECTIONS REINTERGRATION [sic] (JOHN DOE),
COLO. DEPT. OF CORRECTIONS JOE ORTIZ,
11TH AVENUE HOTEL OWNER JOHN DOE,
COLORADO DIVISION OF PAROLE AND COMMUNITY CORRECTIONS JEANENE
    MILLER,
CASE MANGER CRYSTAL ERICKSON,
SUSAN J. WHITE,
JOE BRADY,
MARY NISWONGER,
GOVERNOR BILL OWENS,
COLORADO STATE DEPARTMENT OF THE DISTRICT ATTORNEY MITCH
    MORRISEY AND JOHN DOE + JANE DOE 1-100,
COLORADO STATE BOARD OF PAROLE ALLEN F. STANELEY,
CURTIS W. DEVIN,
DEBORAH ALLEN,
MATHEW J. RHODES,
JOHN B. ROSEN,
VERNC R. SAINT-VINCENT,
LESLIE V. WAGGENER,
DENVER CITY AND COUNTY JAIL UNDERSHERIFF LOVINGER,
MAYOR HICKENLOOPER,
CATKIN BLAIR,
CHIEF FOOS,
MAJOR WILSON
DR. DARREL BURRIS,
D/S GALLO,
D/S R. LINE,
SGT. ROMERO CLASSIFICATION,
DR. CRUM,

DR. HIRSH,
NURSE ROSIE AND COMPLETE MEDICAL STAFF JOHN DOE + JANE DOE 1-50,
ALL STATE AND CITY AND COUNTY SHERIFF DEPARTMENT OFFICERS AND
    STAFF WHO ARE CORRUPTED INVOLVED IN THIS ACTION IN THEIR
    INDIVIDUAL AND OFFICIAL CAPACITIES THAT ARE NOT CURRENTLY
    KNOWN BY NAME BUT WILL BE DETAILED LATER,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___

2

(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of April, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 – CV – 00784** -BNB

Marcus Fowler
Reg. No. 1483466
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4-25-06

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                        Deputy Clerk