**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

Civil Action No. **06 - CV - 00784** ~ BNB

APR 25 2006

GREGORY C. LANGHAM
CLERK

(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MARCUS FOWLER #55461,

     Plaintiff,

v.

STAN SPENCE,
JOHN INMANS WORKFORCE FAMILY CENTER,
COLO. DEPT. OF CORRECTIONS REINTERGRATION [sic] (JOHN DOE),
COLO. DEPT. OF CORRECTIONS JOE ORTIZ,
11TH AVENUE HOTEL OWNER JOHN DOE,
COLORADO DIVISION OF PAROLE AND COMMUNITY CORRECTIONS JEANENE
     MILLER,
CASE MANGER CRYSTAL ERICKSON,
SUSAN J. WHITE,
JOE BRADY,
MARY NISWONGER,
GOVERNOR BILL OWENS,
COLORADO STATE DEPARTMENT OF THE DISTRICT ATTORNEY MITCH
     MORRISEY AND JOHN DOE + JANE DOE 1-100,
COLORADO STATE BOARD OF PAROLE ALLEN F. STANELEY,
CURTIS W. DEVIN,
DEBORAH ALLEN,
MATHEW J. RHODES,
JOHN B. ROSEN,
VERNC R. SAINT-VINCENT,
LESLIE V. WAGGENER,
DENVER CITY AND COUNTY JAIL UNDERSHERIFF LOVINGER,
MAYOR HICKENLOOPER,
CATKIN BLAIR,
CHIEF FOOS,
MAJOR WILSON
DR. DARREL BURRIS,
D/S GALLO,
D/S R. LINE,
SGT. ROMERO CLASSIFICATION,
DR. CRUM,

DR. HIRSH,
NURSE ROSIE AND COMPLETE MEDICAL STAFF JOHN DOE + JANE DOE 1-50,
ALL STATE AND CITY AND COUNTY SHERIFF DEPARTMENT OFFICERS AND
     STAFF WHO ARE CORRUPTED INVOLVED IN THIS ACTION IN THEIR
     INDIVIDUAL AND OFFICIAL CAPACITIES THAT ARE NOT CURRENTLY
     KNOWN BY NAME BUT WILL BE DETAILED LATER,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __     is missing required financial information
(5)   __     is missing an original signature by the prisoner
(6)   __     is not on proper form (must use the court's current form)
(7)   __     names in caption do not match names in caption of complaint, petition or habeas application
(8)   __     An original and a copy have not been received by the court.
(9)   __     other _____

**Complaint, Petition or Application:**
(10)   X     is not submitted
(11)   __     is not on proper form (must use the court's current form)
(12)   __     is missing an original signature by the prisoner
(13)   __     is missing page nos. ___

(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court.  Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _21st_ day of _April_ _____, 2006.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 00784 -ᴮᵂᴮ

Marcus Fowler
Reg. No. 1483466
Denver County Jail
P.O. Box 1108
Denver, CO 80201

        I hereby certify that I have mailed a copy of the **ORDER and two copies of the
Prisoner Complaint** to the above-named individuals on _4-25-06_

                                    GREGORY C. LANGHAM, CLERK

                                    By:_____
                                              Deputy Clerk